1   WO

2

3

4

5

6

7                IN THE UNITED STATES DISTRICT COURT

8                   FOR THE DISTRICT OF ARIZONA

9

10

11

12   Charles D. Dunham,              )
                                     )      No. CIV 04-2872 PHX RCB
13        Plaintiff,                 )
                                     )          O R D E R
14              vs.                  )
                                     )
15   Jo Anne B. Barnhart, Commissioner )
     of Social Security Administration )
16                                   )
          Defendant.                 )
17   _____)

18        Plaintiff seeks reconsideration of the Court's scheduling

19   order (doc. # 4) issued August 25, 2005.  Mot. (doc. ## 5-6).  In

20   that order, the Court set the deadline for Plaintiff to file any

21   desired motions, including motion for summary judgment, at sixty

22   days from the filing of the answer and record in the case.  Due to

23   injuries to his right wrist and arm, Plaintiff pro se has requested

24   the Court to extend for sixty days the time for filing any desired

25   motions, including motion for summary judgment.  Mot. (doc. # 5) at

26   1-2.  Therefore,

27        IT IS ORDERED that Plaintiff's Motion for Reconsideration

28   (doc. # 6) is GRANTED.

1    IT IS FURTHER ORDERED that Plaintiff's Motion for

2    Reconsideration (doc. # 5) is DENIED and dismissed as moot.

3    IT IS FURTHER ORDERED modifying the Court's August 25

4    scheduling order (doc. # 4) so that the deadline for Plaintiff to

5    file any desired motions, including motion for summary judgment,

6    shall be extended to sixty (60) days from the date of the entry of

7    this order.

8    DATED this 6th day of December, 2005.

9

10

11    _____

12    Robert C. Broomfield
      Senior United States District Judge

13

14    Copies to counsel of record and Plaintiff pro se.

15

16

17

18

19

20

21

22

23

24

25

26

27

28